769 A.2d 1047

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v.
CAROLE LONG, DEFENDANT–RESPONDENT.

January 10, 2001.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to hear the appeal on the merits.

769 A.2d 1047

IN THE MATTER OF THE ESTATE OF MARY A.
CONNOR (JOHN R. CONNOR, APPELLANT).

January 24, 2001.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

769 A.2d 1047

DOROTHY MATTURI, ET AL., PETITIONERS–APPELLANTS,
v. BOARD OF TRUSTEES OF THE JUDICIAL
RETIREMENT SYSTEM, RESPONDENT.

January 25, 2001.

Pursuant to *Rule* 2:12–1, it is ORDERED that the appeal from the final administrative decision of the State House Commission dated October 13, 2000, now pending in the Superior Court, Appellate Division, be certified directly to this Court, to the end that it may be reviewed by this Court.